UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20589-CIV-LENARD/GARBER

| | |
|---|---|
| ROSARIO RUIZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROYAL FLOWERS INC., | ) |
| a Florida corporation, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S CORRECTED NOTICE OF FILING**
**DEPOSITION TRANSCRIPT OF ELIUTH ALVAREZ**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, ROYAL FLOWERS, INC., by and through its undersigned counsel, hereby gives notice of filing the attached DEPOSITION TRANSCRIPT OF ELIUTH ALVAREZ, with exhibits, dated September 16, 2008, in support of its Motion for Summary Judgment.

Dated: January 12, 2009

Respectfully submitted,

**/s/ Michael W. Casey, III**
Michael W. Casey, III
Florida Bar No. 141430
mcasey@ebglaw.com
Jennifer L. Poole
Florida Bar No. 0608661
jpoole@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
Suite 4300, Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 579-3200 / Fax: (305) 579-3201
Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20589-CIV-LENARD/GARBER

| | |
|---|---|
| ROSARIO RUIZ, | ) |
|         Plaintiff, | ) |
| v. | ) |
| ROYAL FLOWERS INC., a Florida corporation, | ) |
|         Defendant. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of January, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

s/ **Michael W. Casey, III**
Michael W. Casey, III

# SERVICE LIST
**Rosario Ruiz v. Royal Flowers, Inc.**
**Case No. 08-20589-Civ-Lenard/Garber**
**United States District Court, Southern District of Florida**

Martin E. Leach, Esquire
mel@flmlegal.com
Feiler & Leach, P.L.
Penthouse Suite
901 Ponce de Leon Boulevard
Coral Gables, Florida 33134
Tel: (305) 441-8818
Fax: (305) 441-8081
Attorneys for Plaintiff, Rosario Ruiz

[Via electronic mail using CM/ECF]