UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20589-CV-UNGARO/GARBER

ROSARIO RUIZ,                           )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )
                                        )
ROYAL FLOWERS INTERNATIONAL,            )
INC., a Florida corporation,            )
                                        )
         Defendant.                     )
_____ )

# DEFENDANT'S UNOPPOSED MOTION
# FOR ENTRY OF CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

Defendant, ROYAL FLOWERS INTERNATIONAL, INC., by and through its undersigned counsel, Epstein Becker & Green, P.C., and respectfully requests that the Court enter the parties' Confidentiality Agreement and Protective Order. In support hereof, Royal Flowers states as follows:

1.  Defendant previously submitted to U.S. Magistrate Judge Garber a discovery dispute summary concerning Plaintiff's Responses to Defendant's Second Request for Production. See Exhibit A, attached hereto.

2.  Prior to a discovery dispute hearing on the issue, the parties reached an amicable resolution of their differences. In particular, Plaintiff agreed to produce documents responsive to Defendant's Second Request for Production pursuant to entry of a Confidentiality Agreement and Protective Order between the parties. See Exhibits B, C attached hereto.

3.  The parties have agreed upon a Confidentiality Agreement and Protective Order, which is attached hereto as Exhibit D.

MI:1871204v1

4. Defendant respectfully requests that the Court enter the parties' Confidentiality Agreement and Protective Order, and provide that Plaintiff shall produce documents responsive to Defendant's Second Request for Production within five days.

5. Pursuant to S.D. Fla. L.R. 7.1, a proposed order is attached hereto as Exhibit E.

**CERTIFICATE OF COMPLIANCE WITH S.D. Fla. L.R. 7.1**

6. The undersigned has made consulted with Plaintiff's counsel, who approves of the attached confidentiality agreement. See Exhibits B and C, attached hereto.

**CONCLUSION**

For the foregoing reasons, Defendant, ROYAL FLOWERS, INC., respectfully requests that the Court enter an Order: (1) granting Defendant's Unopposed Motion for Entry of Confidentiality Agreement; (2) entering the parties' Confidentiality Agreement and Protective Order; (3) providing that Plaintiff shall produce documents responsive to Defendant's Second Request for Production within five days; and, (4) providing for such other relief as the Court deems proper.

Dated: March 30, 2009

Respectfully submitted,

**s/ Michael W. Casey, III**
Michael W. Casey, III
Florida Bar No. 141430
mcasey@ebglaw.com
Jennifer L. Poole
Florida Bar No. 0608661
jpoole@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
Suite 4300
Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 579-3200
Fax: (305) 579-3201
Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20589-CV-UNGARO/GARBER

ROSARIO RUIZ, )
)
        Plaintiff, )
)
v. )
)
ROYAL FLOWERS INTERNATIONAL, )
INC., a Florida corporation, )
)
        Defendant. )
_____ )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

                                            s/ Michael W. Casey
                                            Michael W. Casey

# SERVICE LIST

**Rosario Ruiz v. Royal Flowers International, Inc.**
**Case No. 08-20589-Civ-Lenard/Garber**
**United States District Court, Southern District of Florida**

Martin E. Leach, Esquire
mel@flmlegal.com
Feiler & Leach, P.L.
Penthouse Suite
901 Ponce de Leon Boulevard
Coral Gables, Florida  33134
Tel: (305) 441-8818
Fax: (305) 441-8081
Attorneys for Plaintiff, Rosario Ruiz

[Via electronic mail using CM/ECF]